IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TRACI FLECK, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION FILE |
| v. | : | |
| | : | NO. 1:10-cv-03656-CC-JFK |
| DIVERSIFIED ADJUSTMENT SERVICE, | : | |
| INC., a Minnesota corporation | : | |
| Defendant. | : | |
| | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW PLAINTIFF, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and before the service of an answer or a motion for summary judgment, and stipulates that this action shall be dismissed with prejudice to all claims.

                                          Respectfully submitted,

                              by:    / s/ James M. Feagle
                                                  James M. Feagle
                                                  Georgia Bar No. 256916

**SKAAR & FEAGLE, LLP**
108 East Ponce de Leon Avenue ● Suite 204
Decatur, GA 30030
(404) 373-1970 ● fax: (404) 601-1855